DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

JARED BENJAMIN GOUDY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1600
—————————————————

October 29, 2025

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Jared Benjamin Goudy, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.